**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
JASMIN J. BOWMAN,                                          :
                                                           :
                              Plaintiff,                   :    21-cv-805 (MKV) (OTW)
                                                           :
              -against-                                    :    ORDER OF SERVICE
                                                           :
COMMISSIONER OF SOCIAL SECURITY,                           :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought pursuant to 42 U.S.C. § 405(g), for which the filing fee has been waived. The Clerk of Court shall also provide a copy of ECF 3 to the U.S. Attorney's Office for the Southern District of New York.

**SO ORDERED.**

Dated: July 2, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge